UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| SANDRA F. TAYLOR, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 7:23-cv-01037 |
| | ) | |
| vs. | ) | |
| | ) | |
| SANOFI U.S. SERVICES INC.; | ) | |
| SANOFI-AVENTIS U.S. LLC, | ) | |
| | ) | |
| Defendants. | | |

## ORDER ON MOTION TO STAY PROCEEDINGS

Having considered the Notice of Settlement between Plaintiff Sandra F. Taylor and Defendants Sanofi U.S. Services Inc. and sanofi-aventis U.S. LLC, and good cause appearing:

IT IS HEREBY ORDERED as follows:

All pending deadlines are vacated and this matter is stayed for six months, through and including May 24, 2024, at which time a status report informing this Court of the settlement status or a motion for appropriate relief shall be due.

SO ORDERED. This 1st day of February, 2024.

_____
District Judge Louise Wood Flanagan